THE STATE EX REL. CITY OF ELYRIA, APPELLEE, *v.* INDUSTRIAL COMMISSION OF

OHIO, APPELLEE, ET AL.; WITHERELL, APPELLANT.

[Cite as *State ex rel. Elyria v. Indus. Comm.* (1998), ___ Ohio St.3d ___.]

*Workers' compensation — Court of appeals' judgment reversed and Industrial*

*Commission's order reinstated.*

(No. 98-457 — Submitted October 12, 1998 — Decided December 30, 1998.)

Appeal from the Court of Appeals for Franklin County, No. 97APD01-18.

_____

*John L. Goodman*, for appellee city of Elyria.

*Shapiro, Kendis & Associates Co., L.P.A.*, and *Rachel B. Jaffy*, for

appellant.

_____

The judgment of the court of appeals is reversed, and the order of the

Industrial Commission is reinstated.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

_____

**LUNDBERG STRATTON, J., dissenting.** Because I would affirm the

judgment of the court of appeals and return the case to the Industrial Commission

for further consideration, I respectfully dissent.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.